IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              Case No. 1:19-cr-10009-001

PATRICK WAYNE WATSON                                                        DEFENDANT

### O R D E R

**BEFORE** the Court is Defendant's Unopposed Motion to Modify Conditions or Release. ECF No. 71. Defendant avers in his motion that neither the Government nor the United States Probation Office object to the proposed modification. The Court has reviewed the Motion to Modify and finds that same should be granted.

**IT IS ORDERED** the Defendant's Unopposed Motion to Modify Conditions or Release (ECF No. 71) is **GRANTED**. Defendant's conditions of pretrial release are modified as follows: Defendant is permitted to relocate his residence to the Eastern District of Arkansas, Faulkner County. Defendant shall continue to reside with his mother there. Defendant shall provide the United States Probation office with the physical address of his new residence. Defendant is allowed to travel to and from his new residence in Faulkner County, Arkansas. Defendant will comply with any reporting requirement of the United States Probation Office to effectuate continued supervision within the Eastern District of Arkansas. All other conditions of pre-trial release set by this court in its ORDER of September 3, 2019, (ECF No. 14) shall remain in full force and effect.

**SIGNED** this **15th day of October 2020.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE