IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:19CR10009-001-002 |
| ) | |
| PATRICK WAYNE WATSON, ) | |
| Defendant, ) | |
| and ) | |
| KENNETH O'BIER, ) | |
| Defendant | |

**FINAL ORDER OF FORFEITURE**

On June 22, 2020, the Court entered a Preliminary Order of Forfeiture in Case No. 1:19CR10009-001 in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 51). In that Preliminary Order of Forfeiture,

1. Credit Card Reader Ingenico, IMP352-01T2287A, SN:15151PP20540246
2. (2) Apple watches
3. iPhone 6S, IMEI: 353339072797819
4. Samsung tablet, IMEI: 353608073396197, SN: R52H90VLKHR
5. An LG phone, Model 7NFH700
6. iPhone XS Max, SN: FFMXN41KKPHM
7. iPhone Xs Max, SN: F2LXCSXDKPHC
8. iPhone 8 Plus, IMEI: 352980091181450, SN: F2LVMLCZJCLY
9. Google Pixel 3, IMEI: 990012001893632, SN: 8ACX0QESD
10. Apple Macbook Air, SN: FVFXWEMKJK77
11. Apple iPad Pro 12.9, SN: DLXXK0QXKC48

1

was forfeited to the United States pursuant to Title 18 U.S.C. § 981(a)(1)(c) and Title 26 U.S.C. § 2461(c).

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On February 17, 2021, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture as to the above listed assets was advertised on www.forfeiture.gov. Deadline for filing claims was August 25, 2020. No third party claims have been filed.

On February 23, 2021, a Preliminary Order of Forfeiture was entered in the case of the co-defendant, Kenneth O'Bier in Case No. 1:19CR10009-002, listing the same assets. Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on June 22, 2020, and February 23, 2021, shall become final at this time.

IT IS SO ORDERED this 23rd day of February, 2021.

HONORABLE SUSAN O. HICKEY
CHIEF UNITED STATES DISTRICT JUDGE